# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HENRRY JUSTIZ PEREZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and SHERIFF JOEL BROTT, *Sheriff of Sherburne County*,<br><br>Respondents. | Case No. 25-cv-4332 (LMP/DTS)<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Petitioner's Voluntary Dismissal (ECF No. 11).

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: November 17, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge